No. D–2324.  IN RE DISCIPLINE OF WESTBY.  Ragnhild Anne Westby, of Saint Paul, Minn., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring her to show cause why she should not be disbarred from the practice of law in this Court.

No. D–2325.  IN RE DISCIPLINE OF HOVELL.  William P. Hovell, of Spring Valley, Cal., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2326.  IN RE DISCIPLINE OF BENJAMIN.  Peter L. Benjamin, of Merrillville, Ind., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2327.  IN RE DISCIPLINE OF REYNOLDS.  David Glenn Reynolds, of Placitas, N. M., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2328.  IN RE DISCIPLINE OF BRANDES.  Joel R. Brandes, of Garden City, N. Y., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2329.  IN RE DISCIPLINE OF LEONARDO.  Anthony F. Leonardo, Jr., of Rochester, N. Y., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2330.  IN RE DISCIPLINE OF ZOGBY.  Peter S. Zogby, of New Hartford, N. Y., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 01M70.  CANTRELL v. UNITED STATES.  Motion to direct the Clerk to file petition for writ of certiorari out of time denied.